No. 638. CENTRAL EASTERN POWER Co. *v.* MANUFACTURERS TRUST Co. ET AL.; and

No. 639. OHIO ELECTRIC POWER Co. *v.* COLUMBUS, DELAWARE & MARION ELECTRIC Co. ET AL. January 15, 1934. Petition for writs of certiorari to the Circuit Court

of Appeals for the Sixth Circuit denied. *Mr. George D. Welles* for petitioners. *Mr. E. J. Marshall* for respondents.